OFFICE OF DISCIPLINARY COUNSEL *v.* MEROS.

[Cite as *Disciplinary Counsel v. Meros* (1998), 83 Ohio St.3d 222.]

(No. 98–712—Submitted June 10, 1998—Decided September 23, 1998.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Harald F. Craig III,* Assistant Disciplinary Counsel, for relator.

*Ford L. Noble,* for respondent.

---

**Per Curiam.** We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby suspended from the practice of law for eighteen months. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., not participating.